IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD MCHARRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:11cv686-TMH |
| | ) | |
| STATE OF ALABAMA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER AND OPINION**

On September 1, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 6).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1.      The motion for preliminary injunction filed by Petitioner (Doc. # 3) is DENIED.

2. This case is referred back to the Magistrate judge for additional proceedings.

Done this the 27th day of September,  2011.


/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE